**DISTRICT TRUSTEES OF DIST. NO. 26 OF ATASCOSA COUNTY v. COUNTY BOARD OF SCHOOL TRUSTEES et al.**

No. 9722.

Court of Civil Appeals of Texas. San Antonio.

Jan. 15, 1936.

———◆———

R. R. Smith and Frank W. Steinle, both of Jourdanton, for plaintiffs in error.

H. D. Barrow and W. J. Bowen, both of Jourdanton, for defendants in error.

SMITH, Chief Justice.

In this case, in which the record was filed in this court on January 28, 1935, no brief has been filed by plaintiffs in error or other steps taken by them to prosecute the writ of error. The writ of error is therefore dismissed for want of prosecution.